UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINA ALPHIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:04CV874 RWS |
| ) | |
| THE BI-STATE DEVELOPMENT AGENCY, ) | |
| d/b/a METRO, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED that** Plaintiffs' motion for a conference to discuss amending the case management order [#30] is **GRANTED**. A hearing of Plaintiffs' motion to extend the deadline to complete discovery and to discuss amending the case management order is set on **August 31, 2005 at 2:00 p.m.** in Courtroom 10 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2005.